HARDAWAY CONSTRUCTORS, INC. (SUCCESSOR AND ASSIGN TO B. F. DIAMOND CONSTRUCTION COMPANY, INC.) v. NORTH CAROLINA DEPARTMENT OF TRANSPORTATION

No. 304A86

(Filed 6 January 1987)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(a) from decision of the Court of Appeals, 80 N.C. App. 264, 342 S.E. 2d 52 (1986), which reversed judgment rendered during 28 May 1985 civil session of WAKE County Superior Court and entered 5 June 1985 by *Battle, J.* Heard in the Supreme Court 8 December 1986.

*Sanford, Adams, McCullough & Beard by Charles C. Meeker; Of Counsel: Lewis & McKenna by Michael F. McKenna, for plaintiff appellee.*

*Lacy H. Thornburg, Attorney General, by Eugene A. Smith, Senior Deputy Attorney General, and Evelyn M. Coman, Assistant Attorney General, for defendant appellant.*

PER CURIAM.

Affirmed.